## GRANT *v.* THE STATE.

LUMPKIN, J. 1. The evidence was sufficient to support the verdict, and, the court having approved it, this court will not interfere. The jury in finding the defendant guilty necessarily found the existence of all the elements of the crime, including the animus furandi.

2. The charge was quite brief, and might have been fuller; but under the facts of the case, and in the absence of any request to charge, it was not so entirely insufficient as to require a new trial.

*Judgment affirmed. All the Justices concur.*

Argued April 16,—Decided May 11, 1906.

Indictment for robbery. Before Judge Roan. Fulton superior court. February 24, 1906.

*A. C. McCalla* and *W. C. Munday,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.

---

## SPRINGFIELD *v.* THE STATE.

ATKINSON, J. On the trial of one charged with the illegal sale of intoxicating liquor, where the evidence submitted by the State tends to show that the defendant was the seller, and the defendant in his statement claims that he was not the seller but was the agent of the purchaser, and, as such agent, bought the liquor from another person in a county where the sale of intoxicating liquor is prohibited, it is not error for the court in its charge to state, in effect, that the evidence shows an illegal sale of liquor, and that the only question is whether the defendant sold the liquor. *Judgment affirmed. All the Justices concur.*

Argued April 17,—Decided May 11, 1906.

Accusation of unlawful sale of liquor. Before Judge Longley. City court of Dalton. March 3, 1906.

*G. G. Glenn* and *M. C. Tarver,* for plaintiff in error.

*S. P. Maddox, solicitor-general,* contra.